JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone:   (801) 524-5682 • Facsimile:   (801) 524-6924
_____

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:99-mj-00367 |
| Plaintiff, | : | |
| vs. | : | **DISMISSAL OF COMPLAINT** |
| SANTOS VELASQUEZ-PEREZ, | : | |
| Defendant. | : | Chief Magistrate Judge Paul M. Warner |

_____

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Fed.R.Crim.P. 48(a) upon leave of the Court granted by the Honorable Paul M. Warner hereby dismisses the Criminal Complaint in the above-captioned case.

DATED this 11th day of May, 2020.

JOHN W. HUBER
United States Attorney

J. DREW YEATES
Assistant United States Attorney